# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/20/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CV 01-00766DAE-BMK

CASE NAME:        Kevin Rosa, et al. v. Cutter Pontiac Buick GMC of Waipahu, Inc.

ATTYS FOR PLA:    John Harris Paer

ATTYS FOR DEFT:   Jan Wiedman

INTERPRETER:

---

JUDGE:   David Alan Ezra          REPORTER:   Cynthia Fazio

DATE:    3/20/2006                TIME:       10:30am-11:30am

---

COURT ACTION:  EP:  Defendant's Motion for Summary Judgment.  Plaintiffs' Motion for Summary Judgment.

Oral arguments heard.

Defendant's Motion for Summary Judgment - TAKEN UNDER ADVISEMENT.

Plaintiffs' Motion for Summary Judgment - TAKEN UNDER ADVISEMENT.

Court to issue order.

Submitted by:  Theresa Lam, Courtroom Manager