AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| KEVIN ROSA AND LILY ROSA | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: CV 01-00766 DAE-BMK |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| CUTTER PONTIAC BUICK GMC OF WAIPAHU, INC. | April 3, 2006<br>At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |
| Defendant(s). | |

[ ]   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓]   **Decision by Court.** This action came for hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant and against Plaintiffs, pursuant to the "Order Granting Defendant's Motion for Summary Judgment, Dismissing Plaintiffs' State Law Claims Without Prejudice, and Denying as Moot Plaintiff's Motion for Summary Judgment", filed on March 23, 2006.

cc: all counsel

| April 3, 2006 | SUE BEITIA |
|---|---|
| Date | Clerk |
| | (By) Deputy Clerk |