

# RALPH ROSENBERG
## Court Reporters, Inc.
A Referral Service
Fed. I.D. #99-0193243

1001 Bishop Street
2460 Pacific Tower
Honolulu, Hawaii 96813
Telephone: (808) 524-2090

11/9/2005

BILLED TO: JAN WIEDMAN, ESQ.
LAW OFFICE OF JAN WIEDMAN
1100 ALAKEA STREET
PENTHOUSE 2
HONOLULU, HI 96813

NOV - 9 2005

INVOICE NO: 57935

RE: ROSA VS CUTTER PONTIAC BUICK
GMC OF WAIPAHU, INC.
CIVIL NO. CV01-00766 DAE BMK

*A Full Service Court Reporting Firm with Offices Throughout the State*

| DESCRIPTION | AMOUNT |
|---|---|
| DEPO UPON WRITTEN INTERROGATORIES HAWAIIUSA FEDERAL CREDIT UNION TAKEN ON 11/03/05 IN HONOLULU HI | |
| RECORDS RE: LILY ROSA | |
| ORIGINAL & ONE COPY | 87.75 |
| 1A 5ST1 29EH  RALPH ROSENBERG    Tax | 3.66 |
| TOTAL DUE | $91.41 |

Invoices payable within 30 days. A finance charge of 1 1/2% per month will apply on past due amounts.

Exhibit "A-L"

# RALPH ROSENBERG
## Court Reporters, Inc.
A Referral Service
Fed. I.D. #99-0193243

1001 Bishop Street
2460 Pacific Tower
Honolulu, Hawaii 96813
Telephone: (808) 524-2090

4/2/2002

BILLED TO: J.N. WIEDMAN, ESQ.
LAW OFFICE OF J.N. WIEDMAN
1100 ALAKEA STREET
PENTHOUSE 2
HONOLULU, HI 96813

INVOICE NO: 25116

RE: ROSA VS CUTTER PONTIAC BUICK GMC OF WAIPAHU INC.
CIVIL NO. CV 01-00766 DAE BMK

*A Full Service Court Reporting Firm with Offices Throughout the State*

| DESCRIPTION | AMOUNT |
|---|---|
| DEPO UPON WRITTEN INTERROGATORIES FIRST HAWAIIAN BANK (RE: 2000 MAZDA PICK UP) TAKEN ON 3/28/2002 IN HONOLULU HI<br><br>RE: KEVIN ROSA & LILY ROSA<br><br>ORIGINAL & ONE COPY | 118.25 |
| 1A 5ST1 30EH 1PU2 6AF<br>RALPH ROSENBERG   Tax | 4.93 |
| TOTAL DUE | $123.18 |

Invoices payable within 30 days. A finance charge of 1½% per month will apply on past due amounts.

THANK YOU
*(Please return this portion with your payment for proper credit.)*

BILLED TO: J.N. WIEDMAN, ESQ.
LAW OFFICE OF J.N. WIEDMAN
1100 ALAKEA STREET
PENTHOUSE 2
HONOLULU, HI 96813

INVOICE DATE: 4/2/2002
INVOICE NO: 25116
TOTAL DUE: $123.18
DATE TAKEN: 3/28/2002
RE: CIVIL NO. CV 01-00766 DAE BMK
WITNESS(ES): FIRST HAWAIIAN BANK (RE: 2000 MAZDA PICK UP)

1A 5ST1 30EH 1PU2 6AF
RALPH ROSENBERG       RALPH ROSENBERG COURT REPORTERS, INC.
1001 Bishop Street, 2460 Pacific Tower, Honolulu, HI 96813

Exhibit "A-2"

# RALPH ROSENBERG

## Court Reporters, Inc.
A Referral Service
Fed. I.D. #99-0193243

1001 Bishop Street
2460 Pacific Tower
Honolulu, Hawaii 96813
Telephone: (808) 524-2090

4/2/2002

BILLED TO:
J.N. WIEDMAN, ESQ.
LAW OFFICE OF J.N. WIEDMAN
1100 ALAKEA STREET
PENTHOUSE 2
HONOLULU, HI 96813

INVOICE NO: 25118

RE: ROSA VS CUTTER PONTIAC BUICK
GMC OF WAIPAHU INC.
CIVIL NO. CV 01-00766 DAE BMK

*A Full Service Court Reporting Firm with Offices Throughout the State*

| DESCRIPTION | AMOUNT |
|---|---|
| DEPO UPON WRITTEN INTERROGATORIES FIRST HAWAIIAN BANK (RE: 1999 GMC JIMMY) TAKEN ON 3/28/2002 IN HONOLULU HI<br><br>RE: KEVIN ROSA & LILY ROSA<br><br>ORIGINAL & ONE COPY | 104.75 |
| 1A 5ST1 3EH 1PU2 6AF<br>RALPH ROSENBERG       Tax | 4.36 |
| TOTAL DUE | $109.11 |

Invoices payable within 30 days. A finance charge of 1½% per month will apply on past due amounts.

THANK YOU
*(Please return this portion with your payment for proper credit.)*

BILLED TO:
J.N. WIEDMAN, ESQ.
LAW OFFICE OF J.N. WIEDMAN
1100 ALAKEA STREET
PENTHOUSE 2
HONOLULU, HI 96813

INVOICE DATE: 4/2/2002
INVOICE NO:   25118
TOTAL DUE:    $109.11
DATE TAKEN:   3/28/2002
RE:           CIVIL NO. CV 01-00766 DAE BMK
WITNESS(ES):  FIRST HAWAIIAN BANK (RE: 1999 GMC JIMMY)

1A 5ST1 3EH 1PU2 6AF
RALPH ROSENBERG        RALPH ROSENBERG COURT REPORTERS, INC.
1001 Bishop Street, 2460 Pacific Tower, Honolulu, HI 96813

Exhibit "A-3"

# RALPH ROSENBERG
## Court Reporters, Inc.
A Referral Service
Fed. I.D. #99-0193243

1001 Bishop Street
2460 Pacific Tower
Honolulu, Hawaii 96813
Telephone: (808) 524-2090

12/1/2005

BILLED TO: J.N. WIEDMAN, ESQ.
LAW OFFICE OF J.N. WIEDMAN
1100 ALAKEA STREET
PENTHOUSE 2
HONOLULU, HI 96813

INVOICE NO: 58520

**FILE**

REROSA VS CUTTER PONTIAC BUICK
GMC OF WAIPAHU, INC.
CIVIL NO. CV01-00766 (DAE/BMK)

*A Full Service Court Reporting Firm with Offices Throughout the State*

| DESCRIPTION | AMOUNT |
|---|---|
| THE DEPOSITION OF LILY ROSA TAKEN ON 11/29/05 IN HONOLULU HI | |
| ORIGINAL & ONE COPY | 359.50 |
| 1A 45EX31 8EH 1S 1SF 1CT1 | |
| JOY TAHARA                               Tax | 14.98 |
| **TOTAL DUE** | **$374.48** |

Invoices payable within 30 days. A finance charge of 1 1/2% per month will apply on past due amounts.

Exhibit "A-4"

# CARNAZZO COURT REPORTING
888 MILILANI STREET, SUITE 705
HONOLULU, HAWAII 96813-2918

Phone: (808) 532-0222 or (800) 813-4041
Fax: (808) 532-0234 or (800) 232-7949

## INVOICE

CUTTER MANAGEMENT COMPANY, INC.
J. N. WIEDMAN, ESQ.
1311 KAPIOLANI BLVD.
SUITE 200
HONOLULU, HI, 96814

DATE:         04/01/2002
INVOICE:      610541
CLIENT ID:    3911
REPORTER ID:  PAIGE MATSUDA

CIVIL NO. CV01-00766 DAE
ROSA v CUTTER PONTIAC BUICK GMC OF WAIPAHU, INC.

Deposition of AIYAZ DEAN taken on 03/14/2002

|                | |
|---|---|
| One Copy | $161.15 |
| TAX | $6.55 |
| TOTAL | $167.70 |

We now accept VISA and MASTERCARD
Please return one copy for proper credit. THANK YOU
Federal Tax ID: 99-0145704

Exhibit "A-5"

Form AO44 (Rev. 12/89)

# UNITED STATES DISTRICT COURT
## FOR THE HAWAII

INVOICE NO: 20060020

| | |
|---|---|
| J. N. WIEDMAN, Esq.<br>Cutter Pontiac Buick GMC of Waipahu<br>1100 Alakea Street<br>Penthouse 2<br>Honolulu, HI 96813<br>Phone: (808) 529-2020 | **MAKE CHECKS PAYABLE TO:**<br>CYNTHIA FAZIO<br>United States Court Reporter<br>P.O. Box 50131<br>Honolulu, HI 96850<br>Phone: (808) 533-0102<br>FAX: (808) 533-0102<br>Tax ID: 03-0574234 |

☐ CRIMINAL    ☒ CIVIL    DATE ORDERED: 03-22-2006    DATE DELIVERED: 03-24-2006

Case Style: CV01-766DAE, KEVIN ROSA, et al. v CTTER PONTIAC BUICK GMC WAIPAH
3/20/06: Defendant's Motion for Summary Judgment; Plaintiffs' Motion for Summary Judgment

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| Expedited | 35 | 4.40 | 154.00 | | | | | | | 154.00 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | | | | | |

MISC. CHARGES:
TOTAL: 154.00
LESS DISCOUNT FOR LATE DELIVERY:
TAX (If Applicable): 6.42
LESS AMOUNT OF DEPOSIT:
TOTAL REFUND:

Date Paid: 04-06-2006    Amt: $160.42    TOTAL DUE: $0.00

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: *[signature: Cynthia Fazio]*    DATE:

(All previous editions of this form are cancelled and should be destroyed)

Exhibit "A-6"