# ACCUCOPY, INC.



APPROVED

Invoice No.     985001

Re: 9th Circuit Brief

## INVOICE

**Customer**
| | |
|---|---|
| Name | Ms. Kasandra Spindler |
| Address | Cutter Management Co. |
| | 1311 Kapiolani Blvd. #200 |
| City | Honolulu    State HI    ZIP 96814-4513 |
| Phone | 534-4395 |

| | |
|---|---|
| Date | 2/21/2003 |
| Order No. | 1 |
| Rep | Scott/Gary |
| FOB | |

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| | **Scanning Charges:** | | |
| 1 | 680 (regular printing) | $61.20 | $61.20 |
| 1 | 21 (velo binding) | $73.50 | $73.50 |

*charge to*

**Payment Details**
- ○ Cash
- ● Check
- ○ Credit Card

Name _____
CC # _____
Expires _____

| | |
|---|---|
| SubTotal | $134.70 |
| Shipping & Handling | $0.00 |
| Taxes 4.167% | $5.61 |
| Payments | |
| **TOTAL** | **$140.31** |

Received By:

Payment is due upon receipt of this invoice. Should you have any questions regarding your payment, please call (808) 589-1628. Please make checks payable to: **Accucopy, Inc., P.O. Box 313, Honolulu, Hawaii 96809-313.**

Exhibit "3"