DEC - 2 2005

# RALPH ROSENBERG
## Court Reporters, Inc.
### A Referral Service
### Fed. I.D. #99-0193243

1001 Bishop Street
2460 Pacific Tower
Honolulu, Hawaii 96813
Telephone: (808) 524-2090

11/22/2005

BILLED
TO:    JAN WIEDMAN, ESQ.
LAW OFFICE OF JAN WIEDMAN
1100 ALAKEA STREET
PENTHOUSE 2
HONOLULU, HI 96813

INVOICE NO: 58327

RE:ROSA VS CUTTER PONTIAC BUICK
GMC OF WAIPAHU, INC.
CIVIL NO. CV01-00766 DAE BMK

*A Full Service Court Reporting Firm with Offices Throughout the State*

| DESCRIPTION | AMOUNT |
|---|---|
| COSTS ADVANCED RE: DEPOS OF HAWAIIUSA FEDERAL CREDIT UNION (C/A) TAKEN ON 11/04/05 IN HONOLULU HI | |
| WITNESS, SHERIFF & COPY COSTS | |
| SUBTOTAL | 67.00 |

| 40WF 17SH 10CC | | |
|---|---|---|
| RALPH ROSENBERG | Tax | 2.79 |
| | TOTAL DUE | $69.79 |

Invoices payable within 30 days.  A finance charge of 1 1/2% per month will apply on past due amounts.

Exhibit " C "