ORIGINAL

JOHN HARRIS PAER  #1551-0
41 B Kepola Place
Honolulu, Hawaii  96817
Telephone:  (808) 595-7179
Facsimile:  (808) 595-3918
email: paerj001@hawaii.rr.com

Attorney for Plaintiffs

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 19 2006

at ___ o'clock and ___ min. __M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KEVIN ROSA and LILY ROSA,   )<br>  )<br>       Plaintiffs,   )<br>  )<br>    vs.   )<br>  )<br>CUTTER PONTIAC BUICK GMC OF   )<br>WAIPAHU, INC.,   )<br>  )<br>       Defendant.   )<br>_____ ) | CIVIL NO. 01-00766 DAE-BMK<br><br>NOTICE OF APPEAL;<br>CERTIFICATE OF SERVICE |

## NOTICE OF APPEAL

Notice is hereby given that KEVIN ROSA and LILY ROSA, Plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the final judgment entered in this action on the 3rd day of April, 2006.

DATED: Honolulu, Hawaii, April 19, 2006

            JOHN HARRIS PAER
            Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KEVIN ROSA and LILY ROSA, | CIVIL NO. 01-00766 DAE-BMK |
| Plaintiffs, | |
| vs. | CERTIFICATE OF SERVICE |
| CUTTER PONTIAC BUICK GMC OF WAIPAHU, INC. | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was duly served by depositing a copy thereof in the United States Mail, with adequate postage thereon, addressed to the following individuals, at their last known address:

Mr. J.N. Wiedman, Esq.
General Counsel
Cutter Management Company
1100 Alakea Street, Penthouse 2
Honolulu, Hawaii 96813

Attorney for Defendant

DATED: Honolulu, Hawaii, April 19, 2006

JOHN HARRIS PAER
Attorney for Plaintiff