AO83

# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

*For Internal Use Only*

| | |
|---|---|
| Receipt | 234705 |
| Trans | 139369 |

Received From:   JOHN PAER
Case Number:
Reference Number:   CV 01-766

| | | |
|---|---|---|
| Check | | 455.00 |
| Total | | 455.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| APPEAL, NOTICE OF, CROSS | 086900 | 1 | 105.00 |
| APPEAL, NOTICE OF, CROSS | 510000 | 1 | 150.00 |
| APPEAL, NOTICE OF, CROSS | 086400 | 1 | 200.00 |
| | Total | | 455.00 |
| | Tend | | 455.00 |
| | Due | | 0.00 |

04/19/2006 12:59:32 PM     Deputy Clerk:  bb/AG