ORIGINAL

CC:BMK

JOHN HARRIS PAER    1551-0
41B Kepola Place
Honolulu, Hawaii  96817
Telephone:  (808) 595-7179
Facsimile:  (808) 595-3918
email: paerj001@hawaii.rr.com

Attorney for Plaintiffs

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 19 2006

at __1__ o'clock and __10__ min. __P__ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KEVIN ROSA and LILY ROSA, | ) CIVIL No. 01-00766 DAE-BMK |
| Plaintiffs, | ) |
| | ) |
| | ) PLAINTIFFS' OBJECTION TO BILL OF |
| vs. | ) COSTS; CERTIFICATE OF SERVICE |
| | ) |
| CUTTER PONTIAC BUICK GMC OF | ) |
| WAIPAHU, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |

PLAINTIFFS' OBJECTION TO BILL OF COSTS

Plaintiffs hereby object to Defendant's bill of costs as follows:

1. The transcripts for the depositions described in Exhibits "A-1 through "A-3 were not used in this case.

2. The transcript of the hearing on the motion for summary judgment of March 20, 2006, Exhibit "A-6", was not used in this case.

3.  The charges for the Ninth Circuit brief as set forth in Exhibit "B" are not recoverable in this Court.

4.  The costs related to the deposition of Hawaii USA Federal Credit Union, Exhibit "C", are not recoverable as the deposition was not used in this case.

DATED: Honolulu, Hawaii, _April 19, 2006_____

_John Harris Paer_____

JOHN HARRIS PAER
Attorney for Plaintiffs

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| KEVIN ROSA and LILY ROSA, | ) | CIVIL NO. 01-00766 DAE-BMK |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| CUTTER PONTIAC BUICK GMC OF | ) | |
| WAIPAHU, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was duly served by depositing a copy thereof in the United States Mail, with adequate postage thereon, addressed to the following individuals, at their last known address:

Mr. J.N. Wiedman, Esq.
General Counsel
Cutter Management Company
1100 Alakea Street, Penthouse 2
Honolulu, Hawaii 96813

Attorney for Defendant

DATED:  Honolulu, Hawaii,  April 19, 2006

_____
JOHN HARRIS PAER
Attorney for Plaintiff