ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. _____  U.S. District Court Case No. __CV 01-00766 DAE-BMK__

Short Case Title __ROSA V. CUTTER PONTIAC BUICK GMC OF WAIPAHU, INC.__

Date Notice of Appeal Filed by Clerk of District Court __April 19, 2006__

SECTION A - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
|  |  | Voir Dire |
|  |  | Opening Statements |
|  |  | Settlement Instructions |
|  |  | Closing Arguments |
|  |  | Jury Instructions |
|  |  | Pre-Trial Proceedings |
| March 20, 2006 | Cynthia Fazio | Other (please specify) Oral Argument |

(additional page for designations if necessary)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
APR 2 7 2006
at 2 o'clock and 10 min. PM
SUE BEITIA, CLERK

( )  I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
(X)  As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
( )  As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered __4/24/06__    Estimated date for completion of transcript __completed__
Print Name of Attorney __John Harris Paer__    Phone Number __595-7179__
Signature of Attorney _____
Address __41 B Kepola Place, Honolulu, Hawaii 96817__

SECTION B - To be completed by court reporter

I, _____ (signature of court reporter) _____ have received this designation.
( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript--Due Date _____

SECTION C - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed _____    Court Reporter's Signature _____

SECTION D - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S
__Sue Beitia__                                    BY: _____
(U.S. District Court Clerk)    (date)              DEPUTY CLERK

## INSTRUCTIONS FOR TRANSCRIPT DESIGNATION AND ORDERING FORM

### INSTRUCTIONS FOR ATTORNEYS
(1) Complete Section A, place additional designations on blank paper if needed.
(2) File Original with the district court.
(3) Serve a copy on opposing counsel(s). Make additional photocopies if necessary.
(4) Serve a copy on each court reporter. (Make additional copies if necessary.) Contact court reporter(s) to make further arrangements for payment.
(5) Continue to monitor progress of transcript preparation.

### INSTRUCTIONS FOR COURT REPORTER
Be sure to notify the court of appeals if suitable arrangements are not made and you do not intend to commence preparation of the transcript.

(1) When designation is received, contact the attorney regarding payment.
(2) Complete section B and send to court of appeals in compliance with FRAP 11(b).
(3) Complete section C and send to the district court upon completion of the transcript(s).

### INSTRUCTIONS FOR THE CLERK
Section D (Certificate of Record) should be completed and transmitted to the court of appeals by the district court clerk when transcripts are filed and the record is complete in the district court.