# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

*Hu*

*6-15806*

I.    **SHORT CASE TITLE:**    ROSA, ET AL. VS. CUTTER PONTIAC BUICK GMC
II.                                                                        OF WAIPAHU

       **U.S. COURT OF APPEALS DOCKET NUMBER:** _____

       **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

       **U.S. DISTRICT COURT DOCKET NUMBER:** CV 01-00766 DAE-BMK

II    **DATE NOTICE OF APPEAL FILED:**    April 19, 2006

**RECEIVED**
CLERK, U.S. DISTRICT COURT
MAY 0 1 2006
DISTRICT OF HAWAII

III    **U.S. COURT OF APPEALS PAYMENT STATUS:**

       **DOCKET FEE PAID ON:** 4/19/06      **AMOUNT:**    $455.00

       **NOT PAID YET:**                 **BILLED:**

       **U.S. GOVERNMENT APPEAL:**      **FEE WAIVED:**

       **WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?**

       **IF YES, SHOW DATE:**          **& ATTACH COPY OF ORDER/CJA**

       **WAS F.P. STATUS REVOKED:**       **DATE:**

       **WAS F.P. STATUS LIMITED IN SOME FASHION?**

       **IF YES, EXPLAIN:**

IV    **COMPANION CASES, IF ANY:**

V.    **COMPLETED IN THE U.S. DISTRICT COURT BY:**

       Erin Taniguchi

_____

**AMENDED NOTIFICATION** _____ **PAID** _____ **F.P.** _____

**DISTRICT COURT CLERK BY:** _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)