# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: December 13, 2006

To: United States Court of Appeals    Attn: (✓)   Civil
     For the Ninth Circuit
     Office of the Clerk                    ( )   Criminal
     95 Seventh Street
     San Francisco, California 94103    ( )   Judge

From: United States District Court
       300 Ala Moana Blvd. Room C-338
       Honolulu, Hawaii 96813

DC No:      CV 01-00766DAE      Appeal No:    06-15806

Short Title:     ROSA vs. CUTTER PONTIAC BUICK

| | | |
|---|---|---|
| Clerk's Files in | 2 | volumes (✓) original  ( ) certified copy |
| Bulky docs | | volumes (folders)  docket # |
| Reporter's Transcripts | 1 | volumes (✓) original  ( ) certified copy |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:
- certified copy of docket sheet
- sealed document nos:

Acknowledgment: _____    Date: _____

cc: all parties of record