# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: December 13, 2006

To: United States Court of Appeals     Attn: (✓) Civil
      For the Ninth Circuit
      Office of the Clerk                      ( ) Criminal
      95 Seventh Street
      San Francisco, California 94103     ( ) Judge

From: United States District Court
       300 Ala Moana Blvd. Room C-338
       Honolulu, Hawaii 96813

FILED DEC 18 2006 CATHY A. CATTERSON, CLERK

DC No:     CV 01-00766DAE     Appeal No:    06-15806

Short Title:    ROSA vs. CUTTER PONTIAC BUICK

RECEIVED CLERK U.S. DISTRICT COURT SEP 17 2007 DISTRICT OF HAWAII

| | | |
|---|---|---|
| Clerk's Files in | 2 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders) docket # |
| Reporter's Transcripts | 1 | volumes (✓) original ( ) certified copy |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos:

Acknowledgment: _____ Date: 12/18/06

cc: all parties of record