INTERNAL USE ONLY: Proceedings include all events.
06-15806 Rosa, et al v. Cutter Pontiac Buick

KEVIN ROSA
    Plaintiff - Appellant

John Harris Paer, Esq.
FAX 808/595-3918
808/595-7179
[COR LD NTC ret]
41 B Kepola Place
Honolulu, HI 96817

LILY ROSA
    Plaintiff - Appellant

John Harris Paer, Esq.
(See above)
[COR LD NTC ret]


    v.

CUTTER PONTIAC BUICK GMC OF
WAIPAHU, INC.
    Defendant - Appellee

J. N. Wiedman, Esq.
FAX 808/529-2035
808/529-2020
Penthouse 2
[COR LD NTC ret]
1100 Alakea Street
Honolulu, HI 96813