# District Court Record Return Form
## U.S. Court of Appeals For the Ninth Circuit

| | |
|---|---|
| FROM: *Chambers of* Judge: Address: | Judge Milan D. Smith, Jr. 222 N. Sepulveda Blvd., Suite 2325 El Segundo, CA 90245 |
| TO: **CLERK OF COURT** Address: | United States District Court **U.S. District Court** 300 Ala Moana Blvd., Room C-338 Honolulu, HA 96850-0001 808-541-1178 |
| DATE: | January 11, 2008 |
| Lower Court No: Agency/CV/CR | CV01-00766DAE |
| 9th Circ. Appeal No: | 06-15806 |
| Short Title: | **Rosa v. Cutter Pontiac Buick** |
| Total Volumes: | |
| | Clerk Files: 2 — Transcripts: 1 |
| | Sealed Env — Expando Files: 1 |
| | Lodged Docs: |
| Other: | |

RECEIVED
CLERK U.S. DISTRICT COURT
JAN 14 2008
DISTRICT OF HAWAII

**Note:** The following items are missing. A search has been placed, and all missing items will be returned as soon as they are located:
_____
_____

Please make two copies:
    Copy 1: District Court
    Copy 2: File copy

*Please be sure to send an e-mail message to CA09Records.

# United States Court of Appeals for the Ninth Circuit
# Record Transmittal Form

Date: December 13, 2006

To: United States Court of Appeals          Attn:   (✓)   Civil
    For the Ninth Circuit
    Office of the Clerk                             ( )   Criminal
    95 Seventh Street
    San Francisco, California 94103                 ( )   Judge

From: United States District Court
      300 Ala Moana Blvd. Room C-338
      Honolulu, Hawaii 96813

DC No:       CV 01-00766DAE          Appeal No:   06-15806

Short Title:   ROSA vs. CUTTER PONTIAC BUICK

| | | |
|---|---|---|
| Clerk's Files in | 2 | volumes  (✓) original  ( ) certified copy |
| Bulky docs | | volumes (folders)   docket # |
| Reporter's Transcripts | 1 | volumes  (✓) original  ( ) certified copy |
| Exhibits | | volumes  ( ) under seal |
| | | boxes  ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos:

Acknowledgment: _____     Date: _____

cc: all parties of record

RECEIVED
SEP 11 2007
CHAMBERS OF
HON. MILAN D. SMITH, JR.

FILED
DEC 2006
CATHY A. CATTERSON, CLERK

 **United States Court of Appeals for the Ninth Circuit**
**Records Department**
**95 Seventh Street**
**San Francisco, California 94103** 

# MEMORANDUM

Date: November 21, 2006

TO: Clerk's Office
USDC Hawaii (Honolulu)

FROM: Steve Seferian, Records Unit Supervisor

SUBJECT: Request for Record on Appeal



Pursuant to the request of a Judge/Staff Attorney of this court, please transmit the Record on Appeal in the following case.

**Please enclose a copy of this letter with the requested record. Please include all clerks files, reporters transcripts, sealed documents and state lodged documents. Please advise the Records Unit by email at CA09 Records/CA09/09/USCOURTS if this record is only available electronically.**

| Case Number | Title | District Court Number |
|---|---|---|
| 06-15806 | Rosa v. Cutter Pontiac Buick | CV-01-00766-DAE |

**Please send record directly to:**

United States Court of Appeals for the Ninth Circuit
Records Department
95 Seventh Street
San Francisco, California 94103